383 Pa. 419 (1956)
Solosko
v.
Paxton, Appellant.
Supreme Court of Pennsylvania.
Argued October 10, 1955.
January 3, 1956.
Before STERN, C.J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.
W.L. Kimmel, with him Leland W. Walker and Walker & Kimmel, for appellant.
*420 Paul E.C. Fike, with him Joseph N. Cascio and Fike & Cascio, for appellee.
OPINION PER CURIAM, January 3, 1956:
The judgment of the court below is affirmed on the opinion of President Judge LANSBERRY reported at 4 D. & C. 2d 240.